DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____   RTC DOCKET SHEET   PAGE 7

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/21 | RTC-15 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving four appeals pending in two circuits as follows: three in the U.S. Court of Appeals for the District of Columbia Circuit and one in the U.S. Court of Appeals for the First Circuit.--appealing agency order 58 FERC 61,070, dated January 29, 1992. (rew) |
| 92/02/21 | RTC-15 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating four appeals that were pending in two circuits in the U.S. Court of Appeals for the First Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. (rew) |
| 92/02/25 | RTC-15 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/02/21 FROM Federal Energy Regulatory Commission w/cert. of svc. |